AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HNA LH OD, LLC<br><br>*Plaintiff(s)*<br>v.<br>LOCAL HOUSE INTERNATIONAL, INC., LH 350 OCEAN MANAGER, LLC, and Bryan Dunn<br><br>*Defendant(s)* | Civil Action No.<br><br>1:21-cv-21022-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bryan Dunn
110 E 25th Street
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Merrick L. Gross and Naomi M. Berry
Carlton Fields, P.A.
700 NW 1st Ave, Ste. 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
mgross@carltonfields.com; nberry@carltonfields.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Mar 16, 2021

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HNA LH OD, LLC<br><br>*Plaintiff(s)*<br>v.<br>LOCAL HOUSE INTERNATIONAL, INC.,<br>LH 350 OCEAN MANAGER, LLC, and<br>Bryan Dunn<br><br>*Defendant(s)* | Civil Action No.<br><br>1:21-cv-21022-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOCAL HOUSE INTERNATIONAL, INC.
c/o Registered Agent
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILIMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Merrick L. Gross and Naomi M. Berry
Carlton Fields, P.A.
700 NW 1st Ave, Ste. 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
mgross@carltonfields.com; nberry@carltonfields.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Mar 16, 2021 ____

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HNA LH OD, LLC<br><br>*Plaintiff(s)*<br>v.<br>LOCAL HOUSE INTERNATIONAL, INC.,<br>LH 350 OCEAN MANAGER, LLC, and<br>Bryan Dunn<br><br>*Defendant(s)* | Civil Action No.<br><br>1:21-cv-21022-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LH 350 OCEAN MANAGER, LLC
c/o Registered Agent
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILIMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Merrick L. Gross and Naomi M. Berry
Carlton Fields, P.A.
700 NW 1st Ave, Ste. 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
mgross@carltonfields.com; nberry@carltonfields.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Mar 16, 2021 __

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS